CHRISTINE D. SMALLWOOD MIRANDA
Florida Bar No. 0018698
**SMALLWOOD MIRANDA LAW, INC.**
831 Magnolia Avenue
Panama City, FL 32401
Telephone: (850) 640-3702
Email cds@smallwoodmirandalaw.com
*Lead Attorney for Right-Now Recovery, LLC (Pro Hac Vice)*

JASON J. BACH
Nevada Bar No. 7984
**THE BACH LAW FIRM, LLC**
7881 West Charleston, Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorney for Right-Now Recovery, LLC (Local Counsel)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WHITNEY MITCHELL,<br><br>　　　　　　Plaintiff,<br>　v.<br><br><br>AUTO MART LLC and RIGHT-NOW RECOVERY LLC,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-00020-JAD-EJY<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT, RIGHT-NOW-RECOVERY, LLC TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)**　　ECF No. 25 |

COME NOW, Plaintiff, WHITNEY MITCHELL ("Plaintiff") and Defendant, RIGHT-NOW-RECOVERY, LLC, a Florida limited liability company ("Defendant"), by and through their undersigned counsel, and hereby stipulate to the following:

　　　　1.　　On November 18, 2021, Defendant's Response to Plaintiff's Motion for Summary Judgment was due.

2.      After conferring, counsel agreed that Defendant would have an additional ten (10) days to file its Response to Plaintiff's Motion for Summary Judgment, making the new deadline per stipulation of the parties, November 28, 2021.

3.      The reason proffered by Defendant's lead counsel, Ms. Smallwood Miranda, and acquiesced to by Plaintiff's counsel, was the recent unexpected relocation and placement by child services of her five year old great-nephew into her home, and a subsequent illness that kept counsel out of the office for the three weeks prior to the deadline set by this Honorable Court.

The extension requested is the first request and is made in good faith and is not for the purpose of delay.

**IT IS SO STIPULATED**.

Dated this 22nd day of November, 2021.          Dated this 22nd day of November, 2021.

**SMALLWOOD MIRANDA LAW, INC.**          **KIND LAW**

By:      */s/ Christine D. Smallwood Miranda*          By:      */s/ Michael Kind*
     Christine D. Smallwood Miranda, Esq.               Michael Kind, Esq.
     Florida Bar No. 0018698               Nevada Bar No. 13903
     831 Magnolia Avenue               8860 S. Maryland Pkwy, Ste. 106
     Panama City, FL 32401               Las Vegas, Nevada 89123
     *Lead Attorney for Right-Now Recovery, LLC*               *Attorney for Plaintiff*
     *(Pro Hac Vice)*

**THE BACH LAW FIRM, LLC**
     Jason J. Bach, Esq.
     Nevada Bar No. 7986
     7881 W. Charleston Blvd., Ste. 165
     Las Vegas, Nevada 89117
     *Attorney for Defendant (Local Counsel)*

**ORDER**

IT IS SO ORDERED dated this _24th_ day of November, 2021.

   nunc pro tunc to 11/18/2021

_____
UNITED STATES DISTRICT JUDGE

- 2 -