AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Whitney Mitchell

              Plaintiff,

v.

Auto Mart LLC et al

              Defendants.

DEFAULT
JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-00020-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Final Judgment is entered in favor of Plaintiff Whitney Mitchell against Defendant Auto Mart LLC in the total amount of $6,085.75 (which consists of $2,000 in actual damages, $3,495.75 in attorneys fees, and $590 in costs), declare that Mitchell is not liable for any deficiency balance under the agreement and the contract is now void and unenforceable, and CASED CLOSED.

1/4/2024
Date

DEBRA K. KEMPI
Clerk

/s/ C. Harrington
Deputy Clerk